

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-24-2010

# In Re: EnerSys DE Inc

Precedential or Non-Precedential: Precedential

Docket No. 08-1872

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"In Re: EnerSys DE Inc " (2010). *2010 Decisions.* Paper 1062.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/1062

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-1872
_____

In re: EXIDE TECHNOLOGIES,

Debtors,

ENERSYS DELAWARE, INC., formerly known as EnerSys Inc.,

Appellant.

On Appeal from the United States District Court
for the District of Delaware
(D. C. No. 1-06-cv-00302)
District Judge: Hon. Sue L. Robinson

Argued on May 12, 2009

Before: AMBRO, ROTH and ALARCÓN*, Circuit Judges

Robert Lapowsky, Esquire **(Argued)**
Neil C. Schur, Esquire
Stevens & Lee, P. C.
1818 Market Street, 29th Floor
Philadelphia, PA 19104

---

*Honorable Arthur L. Alarcón, Senior United States Circuit Judge for the Ninth Circuit, sitting by designation.

Joseph Grey, Esquire
Stevens & Lee, P. C.
1105 North Market Street, 7th Floor
Wilmington, DE   19801

Counsel for Appellant Enersys Delaware, Inc.

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE   19899-8705

Matthew N. Kleiman, Esquire **(Argued)**
Matthew N. Kleiman, P. C.
2506 North Clark Street, Suite 307
Chicago, IL   60614

Roger P. Furey, Esquire
John P. Sieger, Esquire
Andrew L. Wool, Esquire
Katten, Muchin, Rosenman, LLP
2900 K Street NW, Suite 200
Washington, DC   20007-5118

Counsel for Appellee Exide Technologies

**ROTH,** <u>Circuit Judge</u>**:**

<u>**ORDER AMENDING OPINION**</u>

**IT IS ORDERED** that the published Opinion in the above case, filed on June 1, 2010, be amended as follows:

**On page 11**, delete the following parenthetical:

"Non-occurrence of a condition is not a breach by a party unless he is under a

2

condition that the condition occur."

and **replace it with**:

"Non-occurrence of a condition is not a breach by a party unless he is under a duty that the condition occur."

This amendment does not change the date of filing, June 1, 2010.

By the Court,

_____/s/ Jane R. Roth_____
Circuit Judge

Dated: June 24, 2010
PDB/cc: All Counsel fo Record

3